Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
District of
Division

2025 JAN 23 P 3: 56

Case No. 1:25cv00127-PTG-IDD
(to be filled in by the Clerk's Office)

Herby Stracco
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Rebekah Koen et Al
Chris Pitocchelli
Lindsey miller   Veterans
_____
Defendant(s)   First / Friend)
(Write the full name of each defendant who is being sued. If the   Snig
names of all the defendants cannot fit in the space above, please   Pince
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Herby Stracco
   Street Address: 1460 N Highview ln
   City and County: Alexandria,
   State and Zip Code: VA 22311
   Telephone Number: 650 208 1526
   E-mail Address: herby.Stracco@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Rebekah Koen
- Job or Title (if known): Asst Director
- Street Address: 1020 North Fairfax Street
- City and County: Alexandria
- State and Zip Code: VA 22314
- Telephone Number:
- E-mail Address (if known): rkoen@Friendshipplace.org

Defendant No. 2
- Name: Chris Pitocchelli
- Job or Title (if known): Director
- Street Address: 1020 North Fairfax Street
- City and County: Alexandria
- State and Zip Code: VA 22314
- Telephone Number:
- E-mail Address (if known): info@Friendshipplace.org

Defendant No. 3
- Name: Lindsey Miller
- Job or Title (if known): Asst Director
- Street Address: 1020 North Fairfax Street
- City and County: Alexandria,
- State and Zip Code: VA 22314
- Telephone Number:
- E-mail Address (if known): info@Friendshipplace.org

Defendant No. 4
- Name: Veterans First Friendship Place
- Job or Title (if known):
- Street Address: 1020 North Fairfax Street
- City and County: Alexandria
- State and Zip Code: VA 22314.
- Telephone Number:
- E-mail Address (if known): ~~Jwhitted@Friendsh~~ Jwhitted@Friendshipplace.org

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Is this Disccrimation
Is this a denial of accomadations
Is this personal Injury

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$250,000

Please See Attached

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 23 Jan 2025

Signature of Plaintiff: *Kerry SG*
Printed Name of Plaintiff: Kerry Simcco

### B. For Attorneys

Date of signing: _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code        _____
Telephone Number          _____
E-mail Address            _____

My name is Kerby Stracco and I am filing a lawsuit against Rebekah Koen and Veterans First which is a program ran by Friendship place with an office located in Virginia. The address is 1020 North Fairfax Street Alexandria, VA 22314. I am requesting $250,000 for discrimination due to veterans disability pay, denial of accommodations due to disability, and personal injury.

On or around October 2024 Friendship place/Veterans First was contacted because I, my husband and my children were at risk for homelessness due to medical issues. Friendship Place never returned my calls and never got back to me until November 20, 2024. A woman named Rose screened me on the telephone and told me that because of my service connected income I do not qualify for assistance.

I explained to Rose that service connected disability pay is received monthly shouldn't be counted as income nor aid and attendance. She stated she could have her supervisors call me back.

On or around that same day or the next day Lindsey Miller (Veterans First assistant director) called me. She stated that I would be in her prayers and they would not help me. I told her that they received 8 million dollars from Veterans Affairs to assist those who either homeless or at risk for homelessness and I explained her that her screener (Rose) counted income that was incorrect.

Lindsey Miller pretended she didn't understand my dialect which was humiliating and stated they would not assist. I told her my family would be more at risk and she did not care. She turned me away despite me also telling her I was suffering from suicidal ideations and needed to pay for childcare so that I could find a partial hospitalization program. In a discriminatory act she said my income (even though it is service connected) disqualifies me and she did not assist. I hung up.

I reached out to Friendship Place/Veterans First for redress and was contacted my Temple Evans on November 22, 2024 for intake. I sent an email to friendship place about my concerns to which I received no additional response. The email is attached. On Monday, November 25, 2024 I went to the intake appointment with Temple.

I shared the concerns with Chris Pitocchelli the division director of Veterans First and She was condescending, and used very discriminatory language in an effort to undermine my experience as a black disabled veteran. I told her that she did not understand how injured I was by the system and she said "We all are human." She also stated that "It's because I am white." She did this in front of my children and her statements and denial of proper assistance due to my disability and my husband's was not only discriminatory it was extremely injurious.

I had to keep begging friendship place/Veterans First for extended rental assistance and finally was told that they would only pay the arrears and then three more months. I told Friendship place/ Veterans First staff that I would still be a terrible position as I also needed to move my husband to a handicapped accessible unit and also my children have various medical needs. I also told them in depth that I was suffering from increased mental health issues and really needed my housing stabilized so I could find a partial hospitalization program. I told them that my husband is also disabled and he cannot watch the

children. I told them that I had to pay a thousands of dollars for childcare as well as care for my husband.

My doctor wrote a letter of support as well. Friendship place/Veterans First denied those accommodations, and continued to use my and my husband's service connected pay in an effort to provide limited assistance. These are federal funds. They are to offer accommodations to those veterans who need it to save their lives.

There are other issues however I will submit more emails Upon request.

Friendship Place/Veterans Services is suppose to offer services that veterans cannot easily access. They also did not properly screen me for a voucher which is indicated in their mission description. That has caused delay and harm to my family. There discriminatory actions have worsened my mental health Symptoms as well as my husband, as we continue to live in a two bedroom with 7 is us (5 children) that isn't handicapped accessible nor appropriate for our children.

Veterans are not afforded the same access to other sources of assistance in the community. They know this. They also know that Housing is Healthcare. A denial of extended rental assistance due to disability accommodation is a death sentence to veterans. I am fighting for my life and the lives of my children and my husband.

Despite my best efforts and communication Rebekah Koen and her team at Veterans First who I am not privy to by name, continue to deny services and it is causing worsening health outcomes for my family. She has been provided a multitude of evidence regarding my husband's health as well as mine. Temple Evans my direct case worker has also been providing her with updates as well. Today Rebekah Koen has alerted Temple that they will continue to deny the request due to their "program guidelines."

They were awarded 8 million dollars and our homeless rate nationally has gone down. How can they do this? Please help.

*[signature]*

23 Jan 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

__Kerby Stracco__
Plaintiff(s),

v.    Civil Action Number: __1:25cv127__

__Rebekah Koen__
Defendant(s),
Chris Pitocchelli
Lindsey Miller  Veterans First/Friendship Place

LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of __Complaint for civil case__
(Title of Document)
and motion to seal
and motion to expedite

__Kerby Stracco__
Name of Pro Se Party (Print or Type)

__[signature]__
Signature of Pro Se Party

Executed on: __23 Jan 2025__
(Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)