# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| KERBY STRACCO, ) | |
| *Plaintiff*, ) | |
| v. ) | Case No. 1:25-cv-127 (PTG/IDD) |
| REBEKAH KOEN, *et al.*, ) | |
| *Defendants*. ) | |

## ORDER

This matter comes before the Court on Defendants' Motion for Summary Judgment (Dkt. 74). On November 19, 2025, Defendants noticed the motion for hearing on December 4, 2025, at 10:00 a.m. Dkt. 80. On November 21, 2025, the Court issued a notice advising Plaintiff that they have twenty-one (21) days from the date of the notice to respond to Defendants' Motion for Summary Judgment. Accordingly, it is hereby

**ORDERED** that the hearing on Defendants' Motion for Summary Judgment currently scheduled for December 4, 2025, is **TERMINATED**; and it is further

**ORDERED** that Defendants may re-notice the hearing for a Thursday after Plaintiff has submitted a timely response opposing Defendants' motion.

Entered this 24th day of November, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge